**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 159 WAL 2023

           Respondent                :

                                           :    Petition for Allowance of Appeal
                                           :    from the Order of the Superior Court

           v.                            :

                                           :

COREY LEE MCLENDON,            :

               Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.